JOHN J. REYNOLDS, INC., Appellant, v. SEEMAN BROTHERS, INC., Respondent.— No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

VIRGINIA IRON, COAL AND COKE COMPANY, Respondent, v. SAMUEL T. BROWN et al., Defendants, and JOHN L. KEMMERER, JR., et al., Appellants.— No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

VIRGINIA IRON, COAL AND COKE COMPANY, Respondent, v. SAMUEL T. BROWN et al., Defendants, and ABRAHAM M. BUCHMAN et al., Appellants.— No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

VIRGINIA IRON, COAL AND COKE COMPANY, Respondent, v. SAMUEL T. BROWN et al., Defendants, and LEON R. JILLSON, JR., Appellant.— No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

SIDNEY P. SMALL et al., Copartners Doing Business as SMALL, ROSS & LANDESMAN, Respondents, v. SIDNEY FELDMAN et al., Appellants.— No opinion. Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

SAM DRIER, Appellant, v. RANDFORCE AMUSEMENT CORP., Respondent, et al., Defendant.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. [14 Misc 2d 362.]

KURT E. FONTHEIM, Respondent, v. ROBERT SALOMON, Appellant.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ. [28 Misc 2d 984.]

ROSE SAKOW, as Executrix of MAX SAKOW, Deceased, Respondent, v. MAX DONNER, Appellant.— No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SANDY BROWN.— Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BROWN.— Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.